**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____

DAVID SAUNDERS,                    :
                                   :
                                   : Civ. Action No. 16-698(JHR)
          Petitioner,              :
      v.                           :
                                   :    MEMORANDUM AND ORDER
                                   :
U.S. PAROLE COM'N,                 :
                                   :
          Respondent.              :
_____

**RODRIGUEZ,** United States District Judge

This matter comes before the Court on Respondent's letter request for relief from this Court's Order to Answer. Respondent has established that Petitioner is not a parolee within the jurisdiction of the United States Parole Commission. (Declaration of Helen H. Krapels, ECF No. 11-1.) Petitioner is subject to a federal detainer based upon a warrant issued by his Probation Officer for violating the terms of his supervised release. Petitioner is not presently in federal custody.

IT IS therefore on this 14th day of July, 2016

ORDERED that the Court's Order directing the United States Parole Comm'n to file an answer to the petition is vacated (ECF Nos. 1, 8); and it is further

ORDERED that the Clerk shall send a copy of this Order to Petitioner by regular U.S. mail; and it is further

ORDERED that the Clerk shall close this matter.

_/s/ Joseph H. Rodriguez_____
**Joseph H. Rodriguez**
**United States District Judge**